UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| PAUL SERNA CARRIO, | |
|---|---|
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:07-cv-1814-BBM |
| THE APOLLO GROUP, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Beverly B. Martin, United States District Judge, for consideration of defendants' Motion For Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 7th day of August, 2009.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Traci Clements-Campbell
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 7, 2009
James N. Hatten
Clerk of Court

By:/s/ Traci Clements-Campbell
    Deputy Clerk